1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

STMicroelectronics, Inc.

9                                                              No.  C  3:13-cv-01116-JCS

10                    Plaintiff(s),                        **CONSENT TO PROCEED BEFORE A**
                                                           **UNITED STATES MAGISTRATE JUDGE**
11            v.
        InvenSense, Inc.
12

13                    Defendant(s).
                                                     /
14

15            CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16            In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17     hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18     proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19     judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21     Dated: 3/26/2013                                  /s/ Michael D. Powell
                                                         _____
                                                         Signature
22
                                                         Counsel for  Plaintiff
23                                                       (Plaintiff, Defendant or indicate "pro se")

24
25
26
27
28