Vinay V. Joshi (Cal Bar No. 213487)
Andrew T. Oliver (Cal Bar No. 226098)
TUROCY & WATSON LLP
560 S Winchester Blvd Suite 500
San Jose, CA 95128
Telephone: 408-893-1512
Facsimile: 216-696-8731
Email: vjoshi@thepatentattorneys.com
         aoliver@thepatentattorneys.com

Attorneys for Defendant
INVENSENSE, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STMICROELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INVENSENSE, INC., <br><br> Defendant. | Case No. 3:13-cv-01116-JCS <br><br> CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE JOSEPH C SPERO |

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Joseph C Spero conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. If the case is assigned to a different Magistrate Judge in the future, the undersigned party respectfully reserves the right to withdraw its consent.

Dated: April 2, 2013

By: /s/ Vinay V. Joshi
Vinay V. Joshi

Attorney for Defendant INVENSENSE, INC.