1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

11
12
13
14
15
16
17

| | |
|---|---|
| STMICROELECTRONICS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>INVENSENSE, INC.,<br><br>    Defendant. | Case No. 3:13-cv-01116-JCS<br><br>**[Proposed] Order Granting Unopposed Motion to Stay Pursuant to 28 U.S.C. §1659**<br><br>Judge: Hon. Joseph C. Spero<br>Hearing Date: Friday, May 17, 2013<br>Hearing Time: 9:30 a.m.<br>Hearing Location: Ctrm. G, 15th Fl. |

18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order
Case No. 3:13-cv-01116-JCS

1  The Court, having considered Defendant InvenSense, Inc.'s Unopposed Motion to Stay Under 28 U.S.C. §1659, any responses, and all other things properly before it, finds that Defendant's Motion has merit and should be **GRANTED**.

The Court therefore **ORDERS** that this action be stayed in its entirety for the full period provided by section 1659 in view of United States International Trade Commission Investigation No. 337-TA-876.

**IT IS SO ORDERED.**

Dated: 4/16/13                    By: _____

Honorable Joseph C. Spero
United States Magistrate Judge