UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STMICROELECTRONICS, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>INVENSENSE, INC.,<br><br>            Defendant. | No. CV-13-01116-JCS<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION |

In consideration of the Stipulation of Dismissal of Action filed by STMicroelectronics, Inc. and InvenSense, Inc., it is ORDERED that the claims and counterclaims and all related defenses asserted in this action be, and hereby are, dismissed WITH PREJUDICE; each party shall bear its own costs and attorney's fees.

DATED:  2/12/14

By _____
Joseph C. Spero
UNITED STATES ~~DISTRICT~~ COURT JUDGE
                 MAGISTRATE

1